IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES DIXON, #265926, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:11cv323-WHA |
| | ) (WO) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #34), entered on December 13, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute the action.

DONE this 9th day of January, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE