IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES DIXON, #265926, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  3:11-cv-323-WHA |
| ) | [wo] |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 24, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 51).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED; the Plaintiff's Motion to Dismiss is GRANTED and the claims against Correctional Medical Services are DISMISSED with prejudice.  The Correctional Medical Services is DISMISSED as a party to this cause of action.  The Plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for additional proceedings.

DONE this 19th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON, III
UNITED STATES DISTRICT JUDGE