IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:11cv-323-WHA |
| | ) |
| JAY JONES, et al., | )         (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #65), entered on November 13, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment (Doc. #64) is GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the Plaintiff.

DONE this 9th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE