IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES DIXON, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:11cv-323-WHA |
| JAY JONES, et al., | ) (WO) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Michael James Dixon, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 9th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE